# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NISSAN MOTOR ACCEPTANCE CORP.** | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 18-5451 |
| | : | |
| **SPORTS CAR LEASING LLC** | : | |

## O R D E R

**AND NOW,** this 29th day of March, 2021, upon consideration of the Plaintiff's motion for summary judgment and all responses and replies thereto, it is **ORDERED** that:

1. The Plaintiff's motion for summary judgment [Doc. 68] is **DENIED**.
2. In view of the Court's denial of Plaintiff's motion and the Court's finding that there are no genuine issues as to any material facts, the Defendant may wish to file a one-page motion for summary judgment along with a proposed order within seven (7) days of this Order.

      BY THE COURT:


      /s/ Jeffrey L. Schmehl
      JEFFREY L. SCHMEHL, J.