IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NISSAN MOTOR ACCEPTANCE CORP. | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 18-5451 |
| | : | |
| SPORTS CAR LEASING LLC | : | |

## O R D E R

**AND NOW,** this 22nd day of June, 2021, it is hereby **ORDERED** that:

1. Plaintiff's Motion Defendant's Motion to Stay Proceedings [Doc. 99] is **GRANTED**. All proceedings in this matter are **STAYED** pending resolution of the Plaintiff's Notice of Appeal filed on April 30, 2021.
2. Defendant's Motion for the Withdrawal of Escrowed Funds [Doc. 94] is **DENIED** without prejudice.
3. Defendant's Motion for Judgment on the Bond [Doc. 95] is **DENIED** without prejudice.
4. Plaintiff's Uncontested Motion to Amend the Caption [Doc. 98] is **GRANTED**. The Clerk is **DIRECTED** to amend the docket to replace "Nissan Motor Acceptance Corp." with "Nissan Motor Acceptance Company LLC" as the Plaintiff in this matter.

BY THE COURT:


/s/ Jeffrey L. Schmehl
**JEFFREY L. SCHMEHL, J.**